UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT WHEELER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 6:17-cv-03321-MDH |
| CAPITAL ONE BANK (USA), N.A. | ) ) ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Defendant Capital One Bank (USA), N.A., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, makes the following disclosure statement: Capital One Bank (USA), N.A. is a wholly owned subsidiary of Capital One Financial Corporation, which is a publicly traded corporation. No publicly traded corporation owns 10% or more of Capital One Financial Corporation.

ARMSTRONG TEASDALE LLP

/s/ *Darren K. Sharp*
Darren K. Sharp      MO #50841
Kevin W. Prewitt    MO #66161
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
Tel.: 816.221.3420
Fax: 816.221.0786
dsharp@armstrongteasdale.com
kprewitt@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Gary T. Eastman
The Eastman Law Firm
12288 S. Mullen Rd.
Olathe, Kansas 66062
(913) 908-0113
Fax: (866) 594-2771
gary@theeastmanlawfirm.com

Attorney for Plaintiff

                                                        */s/ Darren K. Sharp*
                                                        Attorney for Defendant

2

Case 6:17-cv-03321-MDH   Document 7   Filed 12/12/17   Page 2 of 2