IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT WHEELER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:17-cv-03321-MDH |
| ) | |
| CAPITAL ONE BANK (USA), N.A., ) | |
| ) | |
| Defendant. ) | |

## ORDER TO FILE STATUS REPORT

Plaintiff filed a Notice of Settlement (Doc. 8) with the court on January 22, 2018, stating the parties were in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties are ordered to file a status report with the court by March 30, 2018, as to the status of settlement and dismissal documents.

**IT IS SO ORDERED.**

DATED: March 14, 2018

                                                */s/ Douglas Harpool*
                                              **DOUGLAS HARPOOL**
                                              **UNITED STATES DISTRICT JUDGE**