# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| SCOTT WHEELER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 6:17-cv-03321-MDH |
| CAPITAL ONE BANK (USA), N.A., | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation for Dismissal With Prejudice (Doc 10). After careful review of the joint stipulation, the Court hereby ORDERS that this case is dismissed in its entirety with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: March 28, 2018

                                                */s/ Douglas Harpool*
                                                **DOUGLAS HARPOOL**
                                                **UNITED STATES DISTRICT JUDGE**